UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NELSON MARTINEZ,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>ISM CONNECT, LLC F/K/A DATA TRANSFER, LLC.,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-02905-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 17), filed March 22, 2018. Defendant's filed its Statement of Non-Opposition (ECF No. 41) on April 5, 2018. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 17) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to file Plaintiff's Amended Complaint, which is attached to Plaintiff's Motion as Exhibit 1 (ECF No. 17-1).

**IT IS FURTHER ORDERED** the hearing set for Tuesday, April 17, 2018 at 1:30 p.m. shall be vacated.

Dated this 6th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1