Joel E. Tasca, Esq.
Nevada Bar No. 14124
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaj@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Defendant, ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NELSON MARTINEZ,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC,<br><br>Defendant/Counterclaim-Plaintiff. | Case No.: 2:17-cv-02905-GMN-GWF<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(First Request) |

Plaintiff/Counter-Defendant Nelson Martinez ("Martinez") and Defendant/Counter-claimant ISM Connect, LLC F/K/A Data Transfer, LLC ("ISM Connect"), (hereinafter collectively referred to as the "Parties") hereby stipulate as follows:

A. Martinez filed his first amended complaint on April 6, 2018.

B. The deadline to respond to the first amended complaint is currently April 20, 2018.

///

///

DMWEST #17572836 v1

C. The Parties have agreed and hereby stipulate that ISM Connect shall have until Wednesday, April 25, 2018 to respond to the first amended complaint.

Dated this 20th day of April, 2018.

BALLARD SPAHR LLP

By: /s/ Sylvia O. Semper
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Sylvia O. Semper, Esq.
    Nevada Bar No. 12863
    BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for ISM Connect, LLC, F/K/A Data Transfer, LLC*

Dated this 20th day of April, 2018.

FABIAN VANCOTT

By: /s/ Kevin N. Anderson
    Kevin N. Anderson
    Nevada Bar No. 4512
    Bradley S. Slighting
    Nevada bar No. 10225
    601 South Tenth Street, Suite 204
    Las Vegas, Nevada 89101

*Attorneys for Nelson Martinez, solely in his in his capacity as the representative for the former members of Ingenuity Sun Media, LLC*

**ORDER**

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4-23-2018

DMWEST #17572836 v1      2