Joel E. Tasca, Esq.
Nevada Bar No. 14124
Brianna Smith, Esq.
Nevada Bar No. 11795
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaj@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Defendant ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON MARTINEZ,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC,<br><br>Defendant/Counterclaim-Plaintiff. | Case No.: 2:17-cv-02905-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO MOTION TO DISMISS**<br><br>**(First Request)** |

The parties, Plaintiff/Counter-Defendant Nelson Martinez, as Representative of the Former Members of Ingenuity Sun Media, LLC ("Plaintiff") and Defendant/Counter-claimant ISM Connect, LLC F/K/A Data Transfer, LLC ("ISM Connect") (collectively the "Parties"), hereby stipulate as follows:

A. ISM Connect filed a Motion to Dismiss on April 25, 2018 [ECF No. 31].

B. Plaintiff filed his Opposition to the Motion to Dismiss on May 9, 2018 [ECF No. 35].

DMWEST #17572836 v1

C. The deadline to file a Reply in support of ISM Connect's Motion to Dismiss is May 16, 2018.

D. The Parties have agreed that ISM Connect shall have until May 30, 2018 to file its Reply in support of ISM Connect's Motion to Dismiss.

| Dated this 15th day of May, 2018. | Dated this 15th day of May, 2018. |
|---|---|
| BALLARD SPAHR LLP | FABIAN VANCOTT |
| By: /s/ Brianna Smith<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Brianna Smith, Esq.<br>Nevada Bar. No. 11795<br>Sylvia O. Semper, Esq.<br>Nevada Bar No. 12863<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Kevin N. Anderson<br>Kevin N. Anderson<br>Nevada Bar No. 4512<br>Bradley S. Slighting<br>Nevada bar No. 10225<br>601 South Tenth Street, Suite 204<br>Las Vegas, Nevada 89101 |
| *Attorneys for ISM Connect, LLC, F/K/A Data Transfer, LLC* | *Attorneys for Plaintiff/Counter-Defendant Nelson Martinez, solely in his in his capacity as the representative for the Former Members of Ingenuity Sun Media, LLC* |

## ORDER

**IT IS SO ORDERED:**

DATED this __22__ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT