1 NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
2 OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
3 **SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
4 Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
5 E-mail: nsantoro@santoronevada.com
opancheri@santoronevada.com

A. ROSS PEARLSON (admitted *pro hac vice*)
7 DANIEL D. BARNES (admitted *pro hac vice*)
**CHLESA SHAHINIAN & GIANTOMASI PC**
8 One Boland Drive
West Orange, New Jersey 07052
9 Tel.: (973) 530-1500 / Fax (973) 325-1501
Email: rpearlson@csglaw.com
10 dbarnes@csglaw.com

11 *Attorneys for Counter-Defendant*
*Nelson Martinez, solely in his individual capacity*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NELSON MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC,<br><br>    Defendant. | Case No.: 2:17-cv-02905-GMN-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES/REPLIES TO MOTIONS (First Request)** |
| ISM CONNECT, LLC F/K/A DATA TRANSFER, LLC,<br><br>    Counter-Claimant,<br><br>v.<br><br>NELSON MARTINEZ,<br><br>    Counter-Defendant. | |

|   |   |
|---|---|
| 1 | NELSON MARTINEZ, in his individual capacity, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | JEFFREY HUTCHINS, RALPH C. OLSEN, MARK DEL VECCHIO, and KURT BOROWSKY, |
| 6 | |
| 7 | Third-Party Defendants. |
| 8 | |

All parties in this action, including (a) Plaintiff Nelson Martinez, solely in his capacity as the representative for the former members of Ingenuity Sun Media, LLC, (b) Counter-Defendant Nelson Martinez, in his individual capacity, and (c) Defendant/Counterclaim-Plaintiff ISM Connect, LLC F/K/A Data Transfer, LLC ("Defendant") (collectively, the "Parties") hereby stipulate to extend time to file responses/replies to motions in light of the holiday (4th of July). Plaintiff's Reply to Response (ECF No. 57) to Motion for Protective Order/Motion to Quash (ECF Nos. 49, 50) is currently due by **July 5, 2018**. Plaintiff's Response to Defendant's Countermotion to Compel (ECF No. 59) is currently due by **July 12, 2018**. The hearing for Plaintiff's Motions (ECF Nos. 49, 50) is currently set for **July 16, 2018**, at 9:30 A.M.

This is the first stipulation for extension of time to file responses/replies. The parties hereby stipulate to extend/shorten the response/reply deadlines as follows:

- Mr. Martinez's Reply to Response (ECF No. 57) to Motion for Protective Order/Motion to Quash (ECF Nos. 49, 50) and Mr. Martinez's Response to Defendant's Countermotion to Compel (ECF No. 59) are due by **July 10, 2018**;
- Defendant's Reply to Plaintiff's Response to Defendant's Countermotion to Compel (ECF No. 59) is due by **July 13, 2018**; and

/ /
/ /
/ /

- 1 -

- The hearing date will remain as scheduled on **July 16, 2018**, at 9:30 A.M.

Dated this 3rd day of July, 2018.

**BALLARD SPAHR LLP**

*/s/ Joel E. Tasca*
Joel E. Tasca (NBN 14124)
Lindsay C. Demaree (NBN 11949)
Sylvia O. Semper (NBN 12863)
Brianna G. smith (NBN 11795)
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel.: (702) 471-7000 / Fax: (702) 471-7070
Email: tasca@ballardspahr.com
    demareel@ballardspahr.com
    sempers@ballardspahr.com
    smithbg@ballardspahr.com

*Attorneys for ISM Connect, LLC, F/K/A Data Transfer, LLC*

Dated this 3rd day of July, 2018.

**SANTORO WHITMIRE**

*/s/ Nicholas J. Santoro*
Nicholas J. Santoro (NBN 532)
Oliver J. Pancheri (NBN 7476)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
    opancheri@santoronevada.com

*Attorneys for Nelson Martinez, solely in his in his individual capacity*

Dated this 3rd day of July, 2018.

**FABIAN VANCOTT**

*/s/ Kevin N. Anderson*
Kevin N. Anderson (NBN 4512)
Bradley S. Slighting (NBN 10225)
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Tel.: (702) 233-4444 / Fax: (877) 898-1168
Email: kanderson@fabianvancott.com
    bslighting@fabianvancott.com

*Attorneys for Nelson Martinez, solely in his in his capacity as the representative for the former members of Ingenuity Sun Media, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date: 7-5-2018