NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com
       opancheri@santoronevada.com

A. ROSS PEARLSON (admitted *pro hac vice*)
DANIEL D. BARNES (admitted *pro hac vice*)
**CHLESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, New Jersey 07052
Tel.: (973) 530-1500 / Fax (973) 325-1501
Email: rpearlson@csglaw.com
      dbarnes@csglaw.com

*Attorneys for Counter-Defendant
Nelson Martinez, solely in his individual capacity*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NELSON MARTINEZ,<br><br>              Plaintiff,<br>v.<br><br>ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC,<br><br>              Defendant.<br><br>ISM CONNECT, LLC F/K/A DATA TRANSFER, LLC,<br><br>              Counter-Claimant,<br>v.<br><br>NELSON MARTINEZ,<br><br>              Counter-Defendant. | Case No.: 2:17-cv-02905-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIMS**<br>**(First Request)** |

|     |
| --- |
| 1  NELSON MARTINEZ, in his individual capacity, |
| 2   |
| 3              Third-Party Plaintiff, |
| 4       v. |
| 5  JEFFREY HUTCHINS, RALPH C. OLSEN, MARK DEL VECCHIO, and KURT BOROWSKY, |
| 6   |
| 7              Third-Party Defendants. |
| 8   |

WHEREAS Defendant/Counterclaim-Plaintiff ISM CONNECT, LLC f/k/a DATA TRANSFER, LLC ("ISM Connect") filed its First Amended Counterclaims ("Counterclaim") on July 2, 2018 (ECF No. 62) against Counter-Defendant NELSON MARTINEZ, in his individual capacity ("Individual Martinez") and in his capacity as the representative for the former members of Ingenuity Sun Media, LLC ("Representative Martinez") (together "Martinez");

WHEREAS the deadline for Martinez to respond to ISM Connect's Counterclaim is currently July 16, 2018;

WHEREAS this is the first request for Martinez to respond to ISM Connect's Counterclaim and good cause exists for this extension as the parties are currently engaged in settlement negotiations that they anticipate could alleviate the need for any response to be filed;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the named parties hereto, that the time for Martinez to respond to ISM Connect's Counterclaim is now extended to August 15, 2018.

Dated this 16th day of July, 2018.                         Dated this 16th day of July, 2018.

**BALLARD SPAHR LLP**                                   **FABIAN VANCOTT**

*/s/ Joel E. Tasca*                                              */s/ Kevin N. Anderson*
Joel E. Tasca (NBN 14124)                              Kevin N. Anderson (NBN 4512)
Lindsay C. Demaree (NBN 11949)                   Bradley S. Slighting (NBN 10225)
Sylvia O. Semper (NBN 12863)                        601 South Tenth Street, Suite 204
Brianna G. smith (NBN 11795)                         Las Vegas, Nevada 89101
1980 Festival Plaza Drive, Suite 900                Tel.: (702) 233-4444 / Fax: (877) 898-1168

| | | |
|---|---|---|
| 1 | Las Vegas, Nevada 89135<br>Tel.: (702) 471-7000 / Fax: (702) 471-7070 | Email: kanderson@fabianvancott.com<br>bslighting@fabianvancott.com |
| 2 | Email: tasca@ballardspahr.com | |
| 3 | demareel@ballardspahr.com<br>sempers@ballardspahr.com | *Attorneys for Nelson Martinez, solely in his in his capacity as the representative for the* |
| 4 | smithbg@ballardspahr.com | *former members of Ingenuity Sun Media, LLC* |

*Attorneys for ISM Connect, LLC, F/K/A Data Transfer, LLC*

Dated this 16th day of July, 2018.

**SANTORO WHITMIRE**

*/s/ Oliver J. Pancheri*
Nicholas J. Santoro (NBN 532)
Oliver J. Pancheri (NBN 7476)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
opancheri@santoronevada.com

*Attorneys for Nelson Martinez, solely in his in his individual capacity*

**IT IS SO ORDERED:**

_/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

Date:__ 7-17-2018 _____