UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NELSON MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ISM CONNECT, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02905-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion to Suspend Discovery Deadlines Pending Settlement Negotiations (ECF No. 77), filed August 24, 2018. Upon review and consideration, the Court finds good cause exists to grant the parties request to suspend discovery until September 17, 2018. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Suspend Discovery Deadlines Pending Settlement Negotiations (ECF No. 77) is **granted**. The suspension of discovery will **automatically expire on September 17, 2018**.

**IT IS FURTHER ORDERED** that if the parties are unable to reach a final settlement, the parties shall file a joint status report by September 17, 2018.

Dated this 28th day of August, 2018.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1