UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NELSON MARTINEZ, | Case No. 2:17-cv-002905-GMN-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| ISM CONNECT, LLC, | |
| Defendant. | |

This matter is before the Court on the Parties' Joint Status Report Pursuant to ECF No. 78 (ECF No. 79), filed September 17, 2018. Upon review and consideration, the court finds good causes exists to grant the parties request to continue the current discovery deadline suspension until October 5, 2018. Accordingly,

**IT IS HEREBY ORDERED** that Parties' Joint Status Report Pursuant to ECF No. 78 (ECF No. 79) is **granted**. The suspension of discovery will **automatically expire on October 5, 2018**.

**IT IS FURTHER ORDERED** that if the parties are able to reach a settlement, a Notice of Settlement must be filed by October 5, 2018. If the parties are unable to reach a settlement, the parties are to submit a new Proposed Scheduling Order by October 5, 2018.

Dated this 21st day of September, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE