Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Brianna G. Smith, Esq.
Nevada Bar No. 11795
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
smithbg@ballardspahr.com

John G. Kerkorian, Esq. (admitted pro hac vice)
Arizona Bar No. 012224
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (602) 798-5408
Facsimile: (602) 798-5595
kerkorianj@ballardspahr.com

*Attorneys for Defendant ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON MARTINEZ,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ISM CONNECT, LLC, F/K/A DATA TRANSFER, LLC,<br><br>Defendant/Counterclaim-Plaintiff.<br><br>And related counterclaims. | Case No.: 2:17-cv-02905-GMN-GWF<br><br>**JOINT STATUS REPORT PURSUANT TO ECF NO. 80** |

Pursuant the Court's order dated September 21, 2018 (ECF No. 80), Plaintiff Nelson Martinez, solely in his capacity as the representative for the former members of Ingenuity Sun Media, LLC, Counter-Defendant Nelson Martinez, in his individual capacity, and Defendant/Counterclaim-Plaintiff ISM Connect, LLC F/K/A Data

DMWEST #17572836 v1

Transfer, LLC submit the following status report regarding the parties' settlement discussions.

As reported to the Court previously (ECF 79), the attempted settlement framework for this case is complex because it relates not only to the litigation before this Court, but also matters pending before the United States District Court for the District of New Jersey and the Superior Court of New Jersey, and involves parties that are not presently before this Court. Without the cooperation of those parties, a global settlement of the type contemplated is not possible. Thus, although the parties worked diligently to reach agreement, settlement is not possible at this time.

Although the parties have exchanged paper discovery, including the exchange of documents and written responses to interrogatories, some outstanding issues and non-party discovery and subpoenas remain outstanding, as well as at least ten depositions that must be conducted. The parties had previously scheduled those depositions to occur in August and early September, but instead have focused their efforts on settlement for the past two months. As a result, the parties request that the Court set new scheduling deadlines as set forth in the accompanying Stipulation and Order to Amend Discovery Plan and Scheduling Order.

7869899

Dated this 5th day of October, 2018.

BALLARD SPAHR LLP

By: /s/ Lindsay Demaree
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Lindsay Demaree, Esq.
    Nevada Bar No. 11949
    Brianna G. Smith, Esq.
    Nevada Bar No. 11795
    1980 Festival Plaza Drive, Ste 900
    Las Vegas, Nevada 89135

    John G. Kerkorian, Esq.
    Arizona Bar No. 012224
    1 East Washington Street, Ste 2300
    Phoenix, Arizona 85004
    *Admitted Pro Hac Vice*

*Attorneys for ISM Connect, LLC, F/K/A Data Transfer, LLC*

Dated this 5th day of October, 2018.

FABIAN VANCOTT

By: /s/ Kevin N. Anderson
    Kevin N. Anderson
    Nevada Bar No. 4512
    Bradley S. Slighting
    Nevada Bar No. 10225
    601 South Tenth Street, Ste. 204
    Las Vegas, Nevada 89101

*Attorneys for Nelson Martinez, solely in his capacity as the representative for the former members of Ingenuity Sun Media*

Dated this 5th day of October, 2018.

SANTORO WHITMIRE

By: /s/ Daniel D. Barnes
    Nicholas J. Santoro
    Nevada Bar No. 532
    Oliver J. Pancheri
    Nevada Bar No. 7476
    10100 W. Charleston Blvd., Ste. 250
    Las Vegas, Nevada 89135

    A. Ross Pearlson
    Daniel D. Barnes
    CHIESA SHAHINIAN & GIANTOMASI
    West Boland Drive
    West Orange, NJ 07052
    *Admitted Pro Hac Vice*

*Attorneys for Nelson Martinez, solely in his individual capacity*

**ORDER**

**IT IS SO ORDERED:**

/s/ George Foley Jr.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10-9-2018

7869899